UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CORNELIUS WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE LOMBARDI, et al., ) <br> ) <br> Defendants. ) | No. 1:16-CV-102 RLW |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to proceed in forma pauperis on appeal. Plaintiff has not produced a copy of his prison account statement, so the Court will assess an initial partial filing fee of $1.00. *See Henderson v. Norris*, 129 F.3d 481, 484 (8th Cir. 1997).

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff shall pay an initial filing fee of $1.00 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an appellate proceeding.

Dated this 17th day of August, 2017.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE